# EXHIBIT "B"

# THE STRONG LAW FIRM
*A Professional Corporation*

300 Colonial Center Parkway, Suite 100, Roswell, GA 30076 / (TEL) (678) 353-3277 / (FAX) (678) 623-3456
www.jstronglawfirm.com

## DEMAND FOR COMPENSATON

*Settlement Privileged and Confidential*

November 16, 2021

**DELIVERED VIA FEDEX**
Tracking No.: **7752 2744 2290**

**SEDGWICK CLAIMS MGMT SERVICES**
P.O. BOX 14436
LEXINGTON, KY 40512-4436
**Attn: Charles Tate, Litigation Adjuster**

| | |
|---:|:---|
| Claim No: | 30193224581-0001 |
| Dekalb County Case No: | 21A04522 |
| Your client: | Dollar Tree Stores, Inc |
| Date of Loss: | 06/11/2019 |
| Our client: | Dr. Cacelia Bryant, D. Min. |

Dear Mr. Tate:

This firm represents **Dr. Cacelia Bryant, D. Min.** regarding injuries she sustained in an incident at Dollar Tree Store #4380 in Dekalb County, Georgia on **June 11, 2019 (the "INCIDENT")**. For the purposes of resolving this claim, our client (**"CACELIA"** or **"CLIENT"**) is willing to forever release and discharge all claims and potential claims as are currently pending against DOLLAR TREE STORES, INC. (**"DOLLAR TREE"**) and **SEDGWICK CLAIMS MGMT SERVICES**, consequent to this claim. Our client's release is offered in consideration of payment in the amount of **ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS ($125,000.00)** and stipulation that the entire amount is paid on account of physical injury as per Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

## THIS DEMAND IS BEING MADE PURSUANT TO O.C.G.A. § 24-4-408

Statements made in settlement negotiations are inadmissible at trial. The information contained in this demand for settlement, including enclosed exhibits (the **"DEMAND"**), are summaries submitted in support of this Claim and will in substance be presented before a jury in the event an amicable private resolution of this matter cannot be reached. This Demand is submitted for settlement purposes only and is not to be used by you at trial unless requested pursuant to Discovery. *O.C.G.A. § 24-4-408.*

## SUMMARY OF CLAIM:

On **June 11, 2019**, Dr. Bryant, a 62-year-old woman, was a lawful patron at Dollar Tree, where she has shopped for the past six years. Upon arriving at the store, she proceeded to get a shopping cart, but they were tightly stuck together. As she struggled to free a cart, the store manager walked by and she asked "Sir? Could you help me please"?  The manager turned to look at her, made a "hmph" sound and kept on walking. Thinking he must not have heard her, she yelled louder "Could you help me please?" His response, "Pull harder" while continuing to walk away, completely ignoring her plea for help.

Cacelia then asked a staff member. When she asked for help and explained that the carts were stuck together, the store clerk mocked her, stating "You have to put a quarter in".  Dr. Bryant informed the clerk she was

# THE STRONG LAW FIRM, PC

aware that she needed a quarter, and that she did indeed insert a quarter, but the carts were stuck. The clerk stated she had customers and refused to assist.

Recognizing that no one going to help her, Cacelia tried again to separate a cart only to have her hand jammed in between the bars of two carts, inflicting serious injury to her arm, wrist, and hand. She screamed in pain and begged for someone to help her, but unbelievably, no one in the store came to help! When she finally freed herself from the jammed carts, her hand was swelling before her eyes. Crying, she informed the staff that she had been injured, yet they continued to ignore her. She called her husband and daughter for help and requested the staff make an incident report. While on the phone with her daughter, she asked the Manager for an incident report to be taken and the manager REFUSED!

Cacelia's husband, Dr. Larry Bryant, came to pick her up and take her to hospital for medical attention. Upon learning how she was treated so horrifically by the Dollar Tree staff, most particularly the manager, her husband went back into the store to speak with the Manager directly, but was told the manager was no longer on the premises.

## MEDICAL TREATMENT:

On **June 11, 2019**, Dr. Bryant was taken to Emory Decatur Hospital ER by her family for care of her injured hand and wrist. [See. <u>Exhibit A</u>: *Emory Decatur Hospital ER Medical Records & Billing*].

> *Diagnosis*
> - *Severe Wrist Pain*
> *Prescriptions*
> - *Wrist Splint*
> - *Anaprox-DS 550 MG*
> - *Work Excuse*

The Emory records confirm "…*Patient presented with an injury to the wrist area, such as a sprain, strain or fracture causing increased pressure on the nerve in the wrist due to her hand getting caught in a cart after she asked the Store Manager and a Staff Member for assistance, and they refused*".

On **June 17, 2019**, Cacelia went to her PCP for further treatment as directed by the attending ER Physician. [See. <u>Exhibit B</u>: *Atlanta Vanguard Medical Associates Medical Records & Billing*].

> *Diagnosis*
> - *M79.642        Left Hand Pain (Primary)*
> - *M79.632        Left forearm*
> - *Hypertension   Pain related*
>
> *Prescriptions*
> - *Naproxen 500 MG*
> - *Ibuprofen 800 MG*
> - *Gabapentin 300 MG*
>
> *Referral*
> - *X-Rays of Left Hand & Left Forearm*
> - *Dr. Shevin Pollydore, Orthopedics*

Cacelia's PCP, Dr. Faye Vargas, MD noted "…*Patient comes in for a follow-up visit.  She reports she was at the Dollar Tree and while she was there, she was trying to get a cart.  She asked the manager of the store*

Page 5 of 5

THE STRONG LAW FIRM, PC

*for help with getting the cart.  The manager did not assist.  She then asked the cashier, and the cashier did not assist.  The patient went ahead and attempted to get the cart.  She became caught in the cart, with her arm getting trapped in between two carts that were together.  Pt reports extreme pain and the pain shot through her left arm.  She noted immediate throbbing and swelling.  She wanted to file an incident report and was not able to.  She went to the ER.  X-rays were negative for fracture, and she was placed in a hand brace.  **Per ER MD, she may have a torn ligament or tendon.**  The Pt experiences "jumping of her fingers while asleep" and she is unable to grip well with the left hand. It appears Pt is suffering from Acute Carpal Tunnel. The incident occurred one week ago."* [See. <u>Exhibit B</u>]

On **July 5, 2019,** Dr. Cacelia Bryant reported to American Health Imaging as referred by her PCP for an examination, consultation, and treatment of her hand and forearm.

Dr. Thomas Brown, M.D. noted *"...There are cysts within the lunate, most prominently near the scapholunate joint. There is also a tiny cyst within the triquetrum medially. The flexor and extensor tendons at the wrist appear intact."*

   *Diagnosis*
   - *Degenerative changes involve multiple joints at the radial aspect of the wrist. There is degeneration of the SL and LT ligaments.  No well-defined tear of either ligament is seen. A probable degenerative cyst is present within the proximal lunar aspect of the lunate, which may be related to developing degenerative changes of the scapholunate join or degenerative changes involve the radiocarpal joint.*

[See. <u>Exhibit C</u>: *American Health Imaging Medical Records & Billing*].

On **July19, 2019,** Cacelia presented to Peachtree Orthopedics as referred by her PCP. [See. <u>Exhibit D</u>: *Peachtree Orthopedics Medical Records & Billing*].

   *Diagnosis*
   - *8/10*          *Pain Level*
   - *M25.532*       *Pain in Left Wrist*
   - *S54.12XD*      *Injury to median nerve at forearm level, left arm*
   - *M65.4*         *Radial Styloid Tenosynovitis (de Quervain)*
   - *R20.2*         *Numbness and Tingling Paresthesia of Skin*
   - *G56.02*        *Carpal Tunnel Syndrome (Left upper limb)*
   - *M77.9*         *Enthesopathy*
   - *M18.12*        *Unilateral Osteoarthritis of first carpometacarpal joint, left hand*
   - *S60.212A*      *Contusion of left wrist*
   - *S64.12XA*      *Injury of median nerve at wrist and hand level of left arm*

   *Referral*
   - *Certified Hand Therapist*
   - *Surgery Procedure – Endoscopy, wrist, surgical, with release of transverse carpal ligament*
   - *EMG and Nerve Conduction (Left Upper Extremity 95909, 95886,95887)*

   *Prescriptions*
   - *DME Order*
   - *Platelet Rich Plasma Injection (PROC)*
   - *Celebrex 200 MG*
   - *Cyclobenzaprine 10 MG*
   - *EnovaRx Cyclobenzarpine 2%*
   - *Lidocaine 5% topical ointment*

Page 5 of 5

THE STRONG LAW FIRM, PC

- *LidoPro 4% - 27.5% - 0.0325% topical ointment*
- *Nortriptyline 25 MG capsule*
- *PriLoSEC 20 MG*
- *Voltaren 1% topical gel*

Dr. Shevin Pollydore, M.D. noted that "... *Pt is here for follow-up for persistent pain syndrome. Average stated pain level 8/10 without pain medication and 8/10 with pain medications.  States medication is not helping. Pt has a median nerve injury of the left wrist.  She also is having tenderness over her FCR tendon in the wrist. She also has tenderness over her CMC joint in the thumb and also in the first dorsal compartment with a positive Finkelstein's test. Pt is a candidate for carpal tunnel injection and also injections of her FCR tendons and injection of her first dorsal compartment and CMC joint.  She is also a candidate for PRP injections as well."*

**EMG/NCS FINDINGS:**

**Conclusion: EMG/NCS of the Lue and cervical paraspinals show findings consistent with a mild median nerve injury at left wrist.**

After months of orthopedic treatment and care, on **December 26, 2019,** Cacelia was referred to Benchmark Physical Therapy by her PCP for further treatment of her hand and forearm due to prolonged and persistent pain. [See. <u>Exhibit E</u>: *Benchmark Physical Therapy Medical Records & Billing*].

> *Diagnosis*
> - *M79.642*      *Pain in Left Hand*
> - *M79.632*      *Pain in Left Forearm*
> - *M25.532*      *Pain in Left Wrist*
> - *S67.22XD*     *Crushing injury of left hand*
> - *7/10*           *Pain Level*

Basil Papotto, PT notes....*" Cacelia Bryant is a 63-year-old female who presents to therapy today for evaluation of L hand/wrist/forearm pain. The patient was referred by Faye Vargas Morris, MD. **The mechanism of injury: hand and wrist caught between two shopping carts and her left hand and wrist crushed."***

**Presenting Problems:**
1. Loss of function, moderate to severe
2. Loss of motion – stiffness, minimal
3. Pain, moderate to severe.
4. Weakness, moderate.  Patient reports today pain is 10/10.

In December 2020, Cacelia was taken to the emergency room at Emory Hospital with symptoms consistent with a "stroke" brought on by incessant pain due to her injuries. Her stroke symptoms were brought on following Dr. Bryant's excruciating outpatient hand surgery, and she experienced loss of feeling and numbness to her entire left-side. [Records forthcoming] [1]

On **June 5, 2020,** Cacelia went to see Dr. Ugwonali at Peachtree Ortho.  **He advised that she needed additional surgery to repair the damage to her hand.** [See. <u>Exhibit D</u>]

---

[1] NOTE: *Our office is awaiting these records, however, we have verbally confirmed that records reflect Pt experienced stroke caused by chronic and intolerable pain of the injured arm and hand.*

# THE STRONG LAW FIRM, PC

To this day, Cacelia still suffers with nerve pain in her thumb, crawling sensations in the nerve, swelling and whips appears on her wrist and hand when used. She must wear her hand brace, most especially at night because the pain is more severe in the evenings. Her index finger gets stiff and immobile. She is unable to open jars or grasp items. She cannot hold anything that weighs more than a cellphone for more than a few seconds without experiencing searing pain. She has been informed that surgery is her only hope.

## SUMMARY OF MEDICAL EXPENSES:

| MEDICAL PROVIDER | TYPE OF CARE | INVOICING |
|---|---|---|
| Emory Decatur Hospital | ER | $3,227.17 |
| CEP America | ER Physician | $656.00 |
| Radiology associates of DeKalb | Radiology | $1,975.00 |
| Atlanta Vanguard Medical Associates | PCP | $1,034.00 |
| American Health Imaging | MRI | $4,850.00 |
| American Health Imaging | X-Rays | $400.00 |
| Peachtree Orthopedics | Ortho | $11,361.44 |
| Benchmark PT – 1st Sessions | PT | $3,342.50 |
| Benchmark PT – 2nd Sessions | Physical Therapy | **TBD** |
| | **TOTAL:** | **$26,846.81\*** |

***ALL MEDICAL FIGURES ARE "TO DATE" ONLY - CLIENT REQUIRES ONGOING TREATMENT & SURGERY**

## REQUIRED FUTURE MEDICAL:

| TYPE OF CARE | TREATMENT | COST | SUB-TOTAL |
|---|---|---|---|
| Peachtree orthopedics | Hand surgery | $26,268.00 | $26,268.00\* |
| Physical therapy | 2x month over 12 months | $269.25ea | $6,462.00\* |
| | | **REQUIRED FUTURE MEDICAL:** | **$32,730.00\*\*** |

*\*See Exhibit D - Peachtree Ortho Records and Exhibit E - Email confirming costs estimates*
*\*\*Estimate Only - Likely to Exceed*

## MEDICAL TRANSPORTATION:

| MEDICAL VISITS | MILES DRIVEN | PER MILE RATE | AMOUNT OWED |
|---|---|---|---|
| Emory Dekalb Medical | 18 miles (round trip) x 2 visits | $0.56 x 36 miles | $20.16 |
| Atlanta Vanguard Med Assoc | 62.8 miles (round trip) x 5 visits | $0.56 x 314 miles | $175.84 |
| American Health Imaging | 17.6 miles (round trip) x 2 visits | $0.56 x 35.2 miles | $19.71 |
| Peachtree Orthopedics | 56 miles (round trip) x 8 visits | $0.56 x 448 miles | $250.88 |
| BenchMark PT | 33.8 miles (round trip) x 12 visits | $0.56 x 405.6 miles | $227.14 |
| | | **TOTAL:** | **$693.73** |

Page 5 of 5

THE STRONG LAW FIRM, PC

| DAMAGES & DEMAND: | |
|---|---|
| Special Damages | $60,270.54 |
| General Damages | $64,729.46 |
| SETTLEMENT DEMAND | $125,000.00 |

### LIABILITY & LEGAL ANALYSIS:

Dr. Cacelia Bryant, an innocent invitee, sustained serious injuries as a direct result of the negligent supervision and grossly negligent actions of the management and employees at Dollar Tree. A store equipped with decrepit and malfunctioning shopping carts, where invitee shoppers are expected to wrangle the carts apart unassisted, is the very definition of a foreseeable and hazardous condition. As a result, Dr. Bryant has suffered, and continues to suffer greatly with injuries, pain, sleeplessness, anxiety, lost wages, and incapacitation that has impacted her daily life.[2] Both she and her husband, Dr. Larry Bryant, have claims for loss of consortium.

Dollar Tree owed a duty of care to ensure its facilities and equipment were properly maintained, free of hazards and safe for its customers. Your insured breached this duty of care when it failed to provide Dr. Bryant a hazard free shopping experience.[3] Dollar Tree cannot evade liability by asserting its use of shopping carts is an industry standard. The improper maintenance, faulty construction or outdatedness of such carts negates any affirmative defense or assumption of risk theory. "*Obviously, the 'condition of the premises' to which the special concurrence refers, which condition may negate the existence of active negligence, does not encompass the results of a tortfeasor's negligent actions...*" BBB Service Co. v. Glass, *228 Ga. App. 423, 434* (Ga. Ct. App. 1997) [citing Clinton v. Gunn-Willis Lumber Co., *77 Ga. App. 643* (49 S.E.2d 143) (1948)].

Georgia's liability for negligent hiring and/or retention supports our client's claims that Dollar Tree knew, or reasonably should have known that its employees' and managers' propensity to ignore its customers pleas for help with their jammed shopping cars would cause the very injuries suffered by our plaintiff.   In fact, Dollar Tree was recently found liable for a customer's injuries sustained as a result of hazardous conditions on its premises. In that case, as will be litigated on behalf of Dr. Bryant, the plaintiff prevailed on her claims of premises liability, vicarious liability, and negligent training and supervision. The jury found that a hazard existed, that the defendants knew of it, and that Dollar Tree was indeed negligent. Durham v. Dollar Tree Stores, *859 S.E.2d 620, 623 (Ga. Ct. App. 2021)*.

**CONCLUSION:**   As clearly documented in the enclosed medical records, Cacelia's injuries, prolonged, chronic and permanent pain and suffering, have all stemmed from this preventable incident. She continues to suffer with incessant pain and spasms when she engages in the most basic of physical movements. In late 2020, following an excruciatingly painful outpatient surgical procedure on her hand, she was rushed to the hospital with stroke like symptoms; loss of use and feeling of her entire left-side. That experience was terrifying for Dr. Bryant and she fears another stroke is likely imminent given its origin from her pain.

---

[2] Dollar Tree's negligent maintenance and its employees were the direct cause of disabling injuries to Dr. Bryant's person, all in amounts to be proven at trial.

[3] "Where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." *O.C.G.A. § 51-3-1*

Page 5 of 5

# THE STRONG LAW FIRM, PC

Dollar Tree's gross negligence that caused our client's foreseeable and preventable injuries, has seriously diminished Cacelia's quality of life. A previously avid seamstress and artist, she can no longer participate in those activities due to extreme pain and lack of hand function. She can no longer clean her home without assistance, play with her grandchildren or engage in other meaningful activities of daily living that gave her great joy.

Based on our analysis of this case - our client's injuries, damages, and your insured's liability, we are confident a jury will return a verdict in Cacelia's favor and in an amount no less than $300,000.00, plus attorneys' fees and costs at trial, and expose Dollar Tree to costly punitive damages. This time-sensitive Demand, submitted in consideration of compensation in the amount of $125,000.00 in exchange for a full release of liability, is both reasonable and appropriate.

In sum, the terms of this Demand are contingent upon the following conditions:

1. Settlement within 30 days in the amount of $125,000.00.
2. The settlement check to be issued in the names of "The Strong Law Firm, PC and Dr. Cacelia Bryant"; and
3. The settlement check to be received in my office within ten (10) days following written acceptance of this Demand.

Given the litigation status of this case and your expression of interest in resolving the case before discovery and other proceedings ensue, we are open to discussing settlement at any time. Notwithstanding, we shall expect your good faith response within Thirty (30) days of the date of this letter. I am amenable to economic and earth friendly correspondence via email or fax.

I look forward to working with you to resolve this claim.

Janice D. Strong, *Managing Attorney*
*Janice@JStronglawfirm.com*

Enclosures:   Medical Records & Invoicing
cc:           client / SLF file